UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GLOBAL BRAND HOLDINGS, LLC,

                      Plaintiff,

       -against-                                              17-cv-7137 (LAK)

ACCESSORIES DIRECT INTERNATIONAL USA, INC.,

                      Defendant.
------------------------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

       On August 19, 2019, the Court granted plaintiff's motion for partial summary judgment on its claim for breach of contract and dismissed defendant's defenses to its breach of contract claim and defendant's counterclaims for breach of contract and breach of the implied covenant of good faith and fair dealing [Dkt. 45], substantially for the reasons set forth in the report and recommendation of Magistrate Judge Henry B. Pitman, to which no objection was filed. The Court referred the determination of damages, costs, and attorneys' fees to the assigned magistrate.

       Magistrate Judge Sarah L. Cave issued a report and recommendation on May 29, 2020 [Dkt. 57] recommending that plaintiff be awarded "(1) damages on its breach of contract claim only in the amount of $154,755.21; (2) prejudgment interest in the amount of $37.00 per day from March 6, 2017 until the date the District Court enters judgment; (3) attorneys' fees in the amount of $97,075.00; and (4) costs in the amount of $400.00." Substantially for the reasons stated in the report and recommendation, to which no objection has been filed, plaintiff is awarded the specified damages, interest, attorneys' fees, and costs.

       SO ORDERED.

Dated:     August 4, 2020

                                                                Lewis A. Kaplan
                                                       United States District Judge